## Gordon Lubricating Company *v.* Board of Property Assessment, Appeals and Review, Appellant.

Argued April 26, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Francis A. Barry,* First Assistant County Solicitor, with him *James Victor Voss,* Assistant County Solicitor, and *Maurice Louik,* County Solicitor, for board, appellant.

*Frank W. Ittel,* with him *Frank W. Ittel, Jr.,* and *Reed, Smith, Shaw and McClay,* for appellee.

OPINION PER CURIAM, June 30, 1965:
Order affirmed.
Mr. Justice COHEN dissents.